**Edward FEARS, Jr., Claimant–Appellant,**

**v.**

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2012–7047.

United States Court of Appeals, Federal Circuit.

March 11, 2013.

Sean A. Ravin, Washington, DC, for Respondent–Appellee.

Michael S. Macko, Department of Justice, Jonathan E. Taylor, Michael J. Timinski, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Before DYK, CLEVENGER, and MOORE, Circuit Judges.

## ORDER

IT IS ORDERED THAT:

The appeal is dismissed for lack of jurisdiction.